In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-03-00567-CV

_____

IN RE QUIGLEY COMPANY, INC. AND PFIZER, INC.

_____

Original Proceeding

_____

MEMORANDUM OPINION

Quigley Company, Inc. and Pfizer, Inc., filed a petition for writ of mandamus and request for temporary relief. On September 9, 2004, we abated the proceeding following the filing of a notice of bankruptcy. *See* Tex. R. App. P. 8.1., 8.2. On April 1, 2013, the relators filed a motion to dismiss the petition on the grounds that they have secured the bankruptcy court's permission to proceed and the underlying dispute has been resolved through settlement. *See* Tex. R. App. P. 8.3(a). Accordingly, we reinstate the original proceeding and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Opinion Delivered April 11, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.